UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LORNA GERIS, Individually, and as Personal Representative of the Estate of FRED GERIS, and as Parent and Natural Guardian of CHRISTOPHER, MATTHEW, and KRISTINE GERIS; and the WORKPLACE SAFETY & INSURANCE BOARD OF ONTARIO, as Subrogee,

        Plaintiffs,

v.

DiSILVA TAUNTON EXPRESS, INC., and JOSE L. MARTE,

        Defendants.

**NOTICE OF MOTION FOR AN ORDER EXTENDING PLAINTIFFS TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND THE <u>DISCOVERY CUT OFF DATE</u>**

case No.: 1:07-CV-376-JTC

---

| | |
|---|---|
| **NATURE OF ACTION:** | Personal Injury/Wrongful Death. |
| **MOVING PARTY:** | Plaintiffs Lorna Geris, Individually, and as Personal Representative of the Estate of Fred Geris, and as Parent and Natural Guardian of Christopher, Matthew, and Kristine Geris; and the Workplace Safety & Insurance Board of Ontario. |
| **DIRECTED TO:** | Defendants. |
| **DATE AND TIME:** | To Be Determined. |
| **PLACE:** | United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| **SUPPORTING PAPERS:** | Declaration of Paul Morrison-Taylor, Esq. dated May 7, 2013. |
| **ANSWERING PAPERS:** | If any, are to be served in accordance with the Local Rules of the Court. |
| **RELIEF REQUESTED:** | An Order Granting Plaintiffs an Extension in which to Reply to Defendants' Opposition to Plaintiffs' Cross-Motion for Summary |

                                      Judgment to and including June 28, 2013 and an Order Extending the Discovery Cut-Off Date to and including September 14, 2013.

**ORAL ARGUMENT:**                      None Requested.

DATED:    Buffalo, New York
             May 7, 2013

                                      PHILLIPS LYTLE LLP

                                      By: /s/ Paul Morrison-Taylor
                                            Paul Morrison-Taylor
                                            Craig A. Leslie
                                    *Attorneys for Plaintiffs*
                                    3400 HSBC Center
                                    Buffalo, New York  14203-2887
                                    (716) 847-8400
                                    ptaylor@phillipslytle.com
                                    cleslie@phillipslytle.com

TO:    RUPP, BAASE, PFALZGRAF,
          CUNNINGHAM & COPPOLA LLC
          R. Anthony Rupp, III, Esq.
          Joshua P. Rubin, Esq.
          Attorneys for Defendants
          1600 Liberty Building
          Buffalo, New York 14202
          Telephone No.:  (716) 854-3400
          rupp@ruppbaase.com
          rubin@ruppbaase.com

Doc #01-2665135.1