



October 8, 2013

Hon. John T. Curtin
United States District Judge
U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   Geris v. DiSilva Taunton Express, Inc.
      Civil Case No.: 1:07-CV-376-JTC

Dear Judge Curtin:

In accordance with your instructions, the parties have conferred and submit this joint proposal to request that the discovery scheduling order in this matter be modified as follows:

- Defendants complete their depositions of plaintiffs' experts by December 15, 2013; and

- Plaintiffs complete their depositions of defendants' experts by March 15, 2014.

Thank you for your consideration.

Very truly yours,

Phillips Lytle LLP

By

Paul Morrison-Taylor

CAhmm2/ Doc #01-2712545.1

cc:   Joshua P. Rubin, Esq.

ATTORNEYS AT LAW

PAUL MORRISON TAYLOR, PARTNER   DIRECT 716 847 5406   PTAYLOR@PHILLIPSLYTLE.COM

3400 HSBC CENTER   BUFFALO, NY 14203-2887   PHONE 716 847 8400   FAX 716 852 6100
BUFFALO  ALBANY  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER   WWW.PHILLIPSLYTLE.COM