UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LORNA GERIS, Individually, and as
Personal Representative of the Estate of
FRED GERIS, and as Parent and Natural
Guardian of Christopher, Matthew, and
Kristine Geris, and the WORKPLACE
SAFETY & INSURANCE BOARD of
Ontario, as Subrogee

                        Plaintiffs,

v.

DiSILVA TAUNTON EXPRESS, INC.
and JOSE L. MARTE,

                        Defendants.
_____

**NOTICE OF MOTION**

Civil Docket No.: 1:07-CV-376

**PLEASE TAKE NOTICE** that upon the accompanying affidavit of Paul Morrison-Taylor, sworn to on January 6, 2014, with exhibits, and the accompanying memorandum of law dated January 6, 2014; and all the papers and proceedings herein, plaintiffs will move this Court before the Hon. John T. Curtin, United States District Judge for the Western District of New York, at the United States Courthouse, located at 2 Niagara Square, Buffalo, New York, 14202, at a date and time to be determined by the Court:

        1.      For an order, pursuant to Federal Rules of Civil Procedure 15(b), dismissing defendants' second amended answer in its entirety; or, in the alternative, pursuant to Federal Rules of Civil Procedure 12(f), striking paragraphs 22 and 23 from defendants' second amended answer as being insufficient defenses and unreasonably prejudicial to plaintiffs; and

- 2 -

      2.     Awarding such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that if defendants intend to serve reply papers on this motion, they must do so in accordance with the scheduling order set by the Court in this action.

DATED:    Buffalo, New York
              January 6, 2014

              PHILLIPS LYTLE LLP

              By:   /s/ Paul Morrison-Taylor
                     Paul Morrison-Taylor
                     Craig A. Leslie
              Attorneys for Plaintiffs
              One Canalside
              125 Main Street
              Buffalo, New York, 14203
              Telephone No.: (716) 847-8400
              ptaylor@phillipslytle.com
              cleslie@phillipslylte.com

Doc #01-2743671.1