UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LORNA GERIS, Individually, and as
Personal Representative of the Estate of FRED GERIS,
and as Parent and Natural Guardian of Christopher,
Matthew, and Kristine Geris, and the WORKPLACE
SAFETY & INSURANCE BOARD
OF ONTARIO, as Subrogee,

        Plaintiffs,

v.                                           Civil Action No.: 1:07 CV 00376

DiSILVA TAUNTON EXPRESS INC. and
JOSE L. MARTE,

        Defendants.
_____

## NOTICE OF CROSS MOTION

| | |
|---|---|
| **NATURE OF ACTION:** | Assignment and subrogation. |
| **MOVING PARTY:** | Defendants DiSilva Taunton Express, Inc., and Jose L. Marte. |
| **DIRECTED TO:** | The plaintiffs. |
| **DATE AND TIME:** | To be determined by the Court. |
| **PLACE:** | Honorable John T. Curtin, United States District Court Judge United States Court House, 2 Niagara Square, Cattaraugus Courtroom, 7th Floor, Buffalo, New York 14202. |
| **SUPPORTING PAPERS:** | Declaration of Joshua P. Rubin, Esq., dated January 21, 2014, with attached exhibits; Memorandum of Law, dated January 21, 2014. |
| **ANSWERING PAPERS:** | Opposing papers, if any, are required to be filed and served pursuant to Court order. Defendants DiSilva Taunton Express, Inc., and Jose L. Marte, intend to submit reply papers. |

**RELIEF REQUESTED**: An order granting defendants' application to amend their answer to include two additional affirmative defenses, and denying plaintiffs' motion to strike.

**GROUNDS FOR RELIEF**: FRCP 15(a)(2).

**ORAL ARGUMENT**: Requested.

DATED:  Buffalo, New York
        January 21, 2014

                    **RUPP, BAASE, PFALZGRAF**
                    **CUNNINGHAM & COPPOLA LLC**
                    Attorneys for Defendants,
                    DiSilva Taunton Express Inc. and Jose L. Marte


                    By: s/ Joshua P. Rubin
                        Joshua P. Rubin, Esq.
                        1600 Liberty Building
                        Buffalo, New York 14202
                        (716) 854-3400

TO: **PHILLIPS LYTLE LLP**
    Attorneys for Plaintiffs
    Paul Morrison-Taylor, Esq.
    3400 HSBC Center
    Buffalo, New York 14203
    (716) 847-8400